# UNITED STATES DISTRICT COURT

| **Eastern** | District of | **California** |

LAWANNA DAVIS,

Plaintiff

V.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

COMMISSIONER OF SOCIAL SECURITY
            Defendant

CASE NUMBER:  1:12-at-000123

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ___2nd___ day of _____March_____ , __2012__ .


_____/s/ Gary S. Austin_____
Signature of Judicial Officer

_____Gary S. Austin, U.S. Magistrate Judge_____
Name and Title of Judicial Officer